Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
roger@crslaw.com

2010 OCT 22 PM 2:00

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                               :
                                     :   Bankruptcy No. 09-32246 RKM
COMINS, MATTHEW T.                   :
COMINS, AMY M.                       :   [Chapter 7]
                                     --ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

_____ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

Attached is check #__ payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

__X__ B   The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 116 | Kraig K. Jenson, MD<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | $0.90 |
| | Check Total: | $0.90 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: October **22**, 2010

_____
Roger G. Segal, Trustee

Date: 10/21/10                                                                                                                    Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 116 Dated 10/21/10

Case Number 09-32246 - COMINS, MATTHEW THOMAS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **KRAIG K JENSON MD**<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | 000005 | 12.85 | 0.90 |
| ---------- Remittance Total --------------- | | 12.85 | 0.90 |

ROGER G SEGAL, Trustee

COURT1                                                                              Printed: 10/21/10 04:20 PM    Ver: 16.00a